UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

JANET REED, and LARRY REED,

                            Plaintiff,

               -v-

WAL-MART, INC., *et al.*,

                       Defendants.

------------------------------------------------------------------X

23 Civ. 4228 (PAE)

ORDER

**PAUL A. ENGELMAYER, District Judge:**

On May 23, 2023, the Court ordered defendants to file proof that it served plaintiff with the Court's order scheduling a conference, Dkt. 5, and to file a letter providing certain information as to the nature of this removed case. Defendants filed the letter on the docket the same day, Dkt. 6, but have not filed proof that they served plaintiffs with that letter.

The Court orders defendants, by June 23, 2023, to file proof of service of the notice of removal, Dkt. 4, the Court's May 23, 2023 order, Dkt. 5, and defendants' letter, Dkt. 6, on the docket of the above-captioned case.

SO ORDERED.

Paul A. Engelmayer
Paul A. Engelmayer
United States District Judge

Dated: June 20, 2023
       New York, New York