UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JANET REED and LARRY REED,
individually and as Husband and Wife,

**STIPULATION OF DISCONTINUANCE**

Plaintiffs,

-against-

Civil Action # 1:23-cv-00930 (DNH/CFH)

WAL-MART STORES EAST, LP,

Defendant.

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is, discontinued with prejudice and on the merits without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

DATED: August 22, 2024

_[signature]_

JASON A. RICHMAN, ESQ.
Bar Roll No. 508902
BRANDON J. BRODERICK, ESQ., LLC
*Attorneys for Plaintiffs*
65 State Route 4 East
River Edge, New Jersey 07661

DATED: October 8, 2024

_[signature]_

CAROL E. CRUMMEY, ESQ.
Bar Roll No. 518606
O'CONNOR, O'CONNOR, BRESEE & FIRST
*Attorneys for Defendant*
20 Corporate Woods Boulevard
Albany, New York 12211

IT IS SO ORDERED:

_[signature]_
David N. Hurd
U.S. District Judge

Dated: 10-10-2024